**FILED**

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0648

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No.  DA 19-0648

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ANDREW PIERCE LAKE,

      Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 14, 2020 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2020